USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-10-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

EDUARD ZAVALUNOV,

                Defendant.

14-CR-773 (RA)

19-CV-9363 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The C.J.A. attorney from the habeas panel who is assigned to receive cases on this day is hereby ordered to assume representation of the defendant in the above captioned matter. Counsel shall ensure that the defendant promptly file a financial affidavit and submit any reply to the government's April 9, 2020 submission within 60 days.

SO ORDERED.

Dated:    September 10, 2020
             New York, New York

                                               RONNIE ABRAMS
                                               United States District Judge