UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **USDC-SDNY** | |
| **DOCUMENT** | |
| **ELECTRONICALLY FILED** | |
| **DOC#:** | |
| **DATE FILED:** 9-14-20 | |

UNITED STATES OF AMERICA,

v.

EDUARD ZAVALUNOV,

Defendant.

14-CR-773 (RA)

19-CV-9363 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

The C.J.A. attorney appointed from the Habeas Panel, Benjamin Gruenstein, is hereby ordered to assume representation of the defendant in the above captioned matter, *nunc pro tunc*, September 11, 2020.

SO ORDERED.

Dated:    September 14, 2020
          New York, New York

RONNIE ABRAMS
United States District Judge